NEW JERSEY HIGHWAY AUTHORITY, A BODY CORPOR-
ATE AND POLITIC CREATED AND EXISTING UNDER
AND BY VIRTUE OF CHAPTER 16 OF THE LAWS OF
1952; AS AMENDED AND SUPPLEMENTED; FIDELITY
UNION TRUST COMPANY, A BANKING CORPORATION
OF THE STATE OF NEW JERSEY, AS TRUSTEE UNDER
GENERAL BOND RESOLUTION OF THE NEW JERSEY
HIGHWAY AUTHORITY ADOPTED JULY 8, 1953, AS SUP-
PLEMENTED; AND FIRST NATIONAL STATE BANK OF
NEW JERSEY, A NATIONAL BANKING ASSOCIATION,
AS TRUSTEE UNDER THE JUNIOR BOND RESOLUTION
OF THE NEW JERSEY HIGHWAY AUTHORITY
ADOPTED JULY 7, 1962, AS SUPPLEMENTED, PLAIN-
TIFFS-RESPONDENTS, v. ARTHUR J. SILLS, ATTORNEY
GENERAL OF THE STATE OF NEW JERSEY, DEFEND-
ANT-RESPONDENT, AND 78th DIVISION (TRAINING)
UNITED STATES ARMY RESERVE AND NATIONAL
GUARD ASSOCIATION OF NEW JERSEY, INTERVEN-
ORS-DEFENDANTS-APPELLANTS.

Argued June 8, 1971—Decided June 25, 1971.

*Mr. J. Leonard Hornstein* argued the cause for inter-
venor-defendant-appellant National Guard Association of
New Jersey (*Messrs. Hornstein & Hornstein,* attorneys).

*Mr. Theodore W. Geiser* argued the cause for plaintiff-re-
spondent New Jersey Highway Authority (*Messrs. Hughes,
McElroy, Connell, Foley & Geiser,* attorneys).

*Mr. Dickinson R. Debevoise* argued the cause for plain-
tiff-respondent Fidelity Union Trust Company, as Trustee
(*Messrs. Riker, Danzig, Scherer & Brown,* attorneys).

*Mr. John J. McDonough* argued the cause for plaintiff-re-
spondent First National State Bank of New Jersey, as Trus-
tee.

PER CURIAM: The judgment is affirmed essentially for the reasons expressed by Judge Herbert in the Chancery Division, 109 *N. J. Super.* 424, 111 *N. J. Super.* 313 (1970).

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—none.